# EXHIBIT A

**JUDGE ANDRÉ BIROTTE JR.**
**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**
*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
*The Court **ORDERS** the parties to make every effort to agree on dates.*

| Case No. 5:18-cv-00356 AB (SPx) | Case Name: Sleep Number Corporation v. Sizewise Rentals LLC | | | |
|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
| Check one: [ X ] Jury Trial  or  [ ] Court Trial (**Tuesday** at 8:30 a.m., within 18 months after Complaint filed) Estimated Duration: __12-14__ Days | | 08/20/2019 | 12/9/2019 | [ ] Jury Trial [ ] Court Trial _____ Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine (**Friday** at 11:00 a.m., at least 17 days before trial) | | 08/02/2019 | 11/22/2019 | |
| **Event** [1] *Note:* Hearings shall be on Fridays at 10:00 a.m. Other dates can be any day of the week. | **Weeks Before FPTC** | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
| Last Date to *Hear* Motion to Amend Pleadings /Add Parties *[Friday]* | | 11/30/2018 | 11/30/2018 | |
| Non-Expert Discovery Cut-Off **(no later than deadline for *filing* dispositive motion)** | 17 | 04/05/2019 | 5/31/19 | |
| Expert Disclosure (Initial) | | 02/08/2019 | 6/14/2019 | |
| Expert Disclosure (Rebuttal) | | 03/08/2019 | 6/28/2019 | |
| Expert Discovery Cut-Off | 15[2] | 04/19/2019 | 7/26/2019 | |
| Last Date to *Hear* Motions *[Friday]* • Rule 56 Motion due at least 5 weeks before hearing • Opposition due 2 weeks after Motion is filed • Reply due 1 week after Opposition is filed | 12 | 5/10/2019 | 9/6/2019 | |
| Deadline to Complete Settlement Conference [L.R. 16-15]  *Select* one: [X] 1. Magistrate Judge: Defendant's Proposal  [ ] 2. Court's Mediation Panel  [X] 3. Private Mediation: Plaintiff's Proposal | 10 | 5/24/2019 | 9/13/2019 | [ ] 1. Mag. J. [ ] 2. Panel [ ] 3. Private |
| **Trial Filings (first round)** • Motions In Limine • Memoranda of Contentions of Fact and Law [L.R. 16-4] • Witness Lists [L.R. 16-5] • Joint Exhibit List [L.R. 16-6.1] • Joint Status Report Regarding Settlement • Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)* • Declarations containing Direct Testimony, if ordered *(court trial only)* | 3 | 07/12/2019 | 10/18/2019 | |
| **Trial Filings (second round)** • Oppositions to Motions In Limine • Joint Proposed Final Pretrial Conference Order [L.R. 16-7] • Joint/Agreed Proposed Jury Instructions *(jury trial only)* • Disputed Proposed Jury Instructions *(jury trial only)* • Joint Proposed Verdict Forms *(jury trial only)* • Joint Proposed Statement of the Case *(jury trial only)* • Proposed Additional Voir Dire Questions, if any *(jury trial only)* • Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 2 | 07/19/2019 | 11/1/2019 | |

[1] **The parties are seeking dates for additional events by filing a separate Stipulation and Proposed Order.**
[2] **The parties have altered this deadline for cutting off expert discovery to be prior to the deadline for *filing* an MSJ.**