# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEEP NUMBER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SIZEWISE RENTALS, LLC,<br><br>Defendant.<br>SLEEP NUMBER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL MANUFACTURING, INC.,<br><br>Defendant. | Case Nos.  5:18–cv–00356 AB (SPx)<br>            5:18–cv–00357 AB (SPx)<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

The Court, having read and considered the parties' Stipulation for Dismissal with Prejudice, hereby orders that this action is **DISMISSED IN ITS ENTIRETY**, with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.

DATED: October 24, 2023

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT COURT